UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-80095-CR-CANNON

UNITED STATES OF AMERICA,

     Plaintiff,

v.

KEVIN CARDENAS,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by

Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 79].  On August 9,

2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty

to Count One of the Information pursuant to a written plea agreement and stipulated factual proffer

[ECF No. 74].  Magistrate Judge Reinhart thereafter issued a Report and Recommendation on

Change of Plea [ECF No. 79].  No party has filed objections to the Report, and the time to do so

has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore,

it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 79] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Kevin Cardenas as to Count One of the
   Information is **ACCEPTED**;

3. Defendant Kevin Cardenas is adjudicated guilty of Count One of the Information,
   which charges him with conspiracy to commit wire fraud, in violation of 18 U.S.C.

CASE NO. 21-80095-CR-CANNON

§ 1349 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of September

2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record